432 A.2d 246

Commonwealth v. Cobb, Appellant.

Submitted March 21, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

432 A.2d 246

Commonwealth v. Erisman, Appellant.

Argued March 20, 1980. Arthur L. Jenkins, Jr., for appellant; Mary Ann Killinger, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Order affirmed on the comprehensive opinion of Judge Brown.